IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:06-CV-1625-G |
| | § | ECF |
| HENRY J. ELLIOTT, | § | |
| | § | |
| Defendant, | § | |
| | § | |

### APPENDIX TO UNITED STATES' MEMORANDUM BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

*/s/ Megan J. Fahey*
Megan J. Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.978.6361
megan.fahey@usdoj.gov

ATTORNEY FOR UNITED STATES OF AMERICA

**App. to United States' Mem. Br. in Supp. of Mot. for Summ. J - Page 1**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of Novmeber, 2006, a true and correct copy of the Appendix to United States' Memorandum Brief in Support of Motion for Summary Judgment was sent via First Class Mail to the following:

Henry J. Elliott
2323 S. Maralis Ave.
Dallas, TX 75216
*Defendant*

        */s/ Megan J. Fahey*
        Megan J. Fahey
        Assistant United States Attorney

# INDEX

| Tab | | Page No. |
|---|---|---|
| A. | Application/Promissory Notes for Guaranteed Student Loan executed by Defendant Henry J. Elliott. . . . . . . . . . . . . . . . . . . . . . . . | 001-006 |
| B. | Application/Promissory Notes for National Direct Student Loan executed by Defendant Henry J. Elliott. . . . . . . . . . . . . . . . . . . . . . . . | 007-008 |
| C. | Affidavit of Amount Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 009-010 |
| D. | Certificates of Indebtedness. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 011-012 |
| E. | Henry Elliott Answer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 013-017 |