# PLAINTIFF'S APPENDIX B

Loan No. _____

**PROMISSORY NOTE**
National Direct Student Loan Program

_Henry Elliott_, promise to pay to **DeVry Institute of Technology**, the sum of the (hereinafter called the Lending Institution) located at _4250 N. Beltline Rd., Dallas, Texas 75062_. I promise to pay all attorney's fees and other reasonable collection costs and charges amounts that are advanced to me and endorsed in the Schedule of Advances set forth below. I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due. However, if a collection agency, which is subject to the Fair Debt Collection Practices Act, is used I will pay those collection costs which do not exceed 25% of the unpaid principal and interest.

I further understand and agree that:

**I. GENERAL**

(1) All sums advanced under this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, hereinafter called the Act, and are subject to the Act and the Federal Regulations issued under the Act. The terms of this note must be interpreted in accordance with the Act and Federal Regulations, copies of which are to be kept by the Lending Institution.

(2) I understand that if I am eligible for deferment or cancellation under Articles VI through IX, I am responsible for submitting the appropriate requests on time.

**II. INTEREST**

Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE OF FIVE PERCENT (5%) interest on the unpaid balance except that no interest shall accrue during any deferment period described in subparagraphs VI(1)(A), (B), (C) and (D).

**III. REPAYMENT**

(1) Except as provided in paragraph III(5), I promise to repay the principal and the interest which accrues on it over a period beginning 9 months after the date I cease to be at least a half-time student at an institution of higher education, or at a comparable institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary), and ending, unless paragraphs III(4) or VI(1) (deferment) applies, 10 years later.

(2) I may, however, request that the repayment period start on an earlier date.

(3) I promise to repay the principal and interest over the course of the repayment period in equal monthly, bimonthly or quarterly installments, as determined by the Lending Institution. However, if I request, repayments may be made in graduated installments determined in accordance with schedules approved by the Secretary. In either case, a schedule of repayment shall be attached to and made part of this note.

(4) Notwithstanding paragraph III(1), if I qualify as a low-income individual during the repayment period, the Lending Institution may, at my request, extend the repayment period for up to an additional 10 years or adjust any repayment schedule to reflect my income, or both.

(5) (A) I shall repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest even though the monthly rate that would be established under paragraph III(1) is less than that amount. If the total monthly repayment rate of principal and interest on all my National Direct and National Defense Loans, including this loan, is less than $30 per month.

(B) If I have received National Defense or National Direct Loans from other institutions and the total monthly repayment rate on those loans is less than $30, the $30 monthly rate established under subparagraph III(5)(A) is the rate I pay on all my outstanding National Defense and National Direct Loans and is not in addition to the amount I pay on those other loans.

(C) If my monthly repayment rate is established under subparagraph III(5)(A) and I have received National Defense or National Direct Loans from other lending institutions, the amount of my monthly repayment rate attributable to this loan is the amount which represents the difference between $30 and the monthly rate I must pay on my other National Defense and National Direct Loans.

(6) A schedule of repayment will be attached to and made part of this note.

(7) The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year where necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III(1).

**IV. PREPAYMENT**

(1) I may at my option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time.

(2) Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment.

(3) If I repay more than the amount due for any installment, the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment.

**V. DEFAULT**

(1) If I fail to make a scheduled repayment of any installment or I fail to file cancellation or deferment forms with the Lending Institution on time, the entire unpaid indebtedness including interest due and accrued thereon, plus any applicable penalty charges, will, at the option of the Lending Institution, become immediately due and payable.

(2) I understand that if I default on my loan repayments the Lending Institution may disclose that I have defaulted, along with other relevant information, to credit bureau organizations.

(3) Further, I understand that if I default on my loan repayments and the loan is sent to the Secretary for collection, the Secretary may disclose that I have defaulted, along with other relevant information, to credit bureau organizations.

**VI. DEFERMENT**

(1) Interest will not accrue, and installments need not be paid—

(A) While I am enrolled and in attendance as at least a half-time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Secretary,

(B) For a period not in excess of 3 years during which I am—
  (i) on full-time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps, or Coast Guard), or an officer on full-time active duty in the Commissioned Corps of the U.S. Public Health Service,
  (ii) in service as a Volunteer under the Peace Corps Act,
  (iii) a volunteer under the Domestic Volunteer Service Act of 1973,
  (iv) a full-time volunteer in a tax-exempt organization performing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973 (ACTION agency programs), or
  (v) temporarily totally disabled as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by my spouse who is so disabled.

(C) For a period not in excess of two years during which time I am serving in an internship which is required in order that I may receive professional recognition required to begin my professional practice or service, after I have received a bachelor's degree, and

(D) During any grace period. A grace period is a six month period following (i) the date I cease to be at least a half-time student at an institution of higher education, or (ii) the date the deferments described in subparagraph VI(1)(A), (B) or (C) expire.

(2) The Lending Institution may, upon my application, defer or reduce any scheduled repayments if, in its opinion, extraordinary circumstances such as prolonged illness or unemployment, prevent me from making such repayments. However, interest will continue to accrue.

**VII. CANCELLATION FOR TEACHING**

(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service—

(A) As a full-time teacher in a public or other non-profit elementary or secondary school which is in a school district of a local educational agency which is eligible for funds under Title I of the Elementary and Secondary Education Act of 1965 and which has been designated by the Secretary in accordance with the provisions of Section 465(a)(2) of the Higher Education Act as a school with a high enrollment of students from low-income families, or

(B) As a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed, orthopedically impaired, children with specific learning disabilities, or other health-impaired children who by reason thereof require special education and related services) in a public or other non-profit elementary or secondary school system.

(2) This loan will be cancelled at the following rates:

(A) 15 percent of the total principal amount of the loan plus interest on the unpaid balance will be cancelled for the first and second complete academic years of that teaching service;

(B) 20 percent of the total principal amount plus interest on the unpaid balance for the third and fourth complete academic years of that teaching service; and

(C) 30 percent of the total principal amount plus interest on the unpaid balance for the fifth complete academic year of that teaching service.

0881

007

### VIII. HEAD START CANCELLATION
(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service as a full-time staff member in a Head Start program if—
  (A) the Head Start program is operated for a period which is comparable to a full school year in the locality, and
  (B) my salary is not more than the salary of a comparable employee of the local educational agency.
(2) This loan will be cancelled at the rate of 15 percent of the total principal amount plus the interest on the unpaid balance for each complete school year or the equivalent of service in a Head Start program.
(3) Head Start is a preschool program carried out under section 222(a)(1) of the Economic Opportunity Act of 1964.

### IX. MILITARY CANCELLATION
(1) I am entitled to have up to 50 percent of the principal amount of this loan plus the interest thereon cancelled if I serve as a member of the Armed Forces of the United States, in an area of hostilities that qualifies for special pay under section 310 of title 37 of the United States Code.
(2) This loan will be cancelled at the rate of 12½ percent of the total principal amount plus interest on the unpaid balance for each complete year of such service.

### X. DEATH AND DISABILITY CANCELLATION
If I should die or become permanently and totally disabled, the entire amount of this loan plus the interest thereon shall be cancelled.

### XI. CHANGE IN NAME, ADDRESS, AND SOCIAL SECURITY NUMBER
I am responsible for informing the Lending Institution of any change or changes in my name, address, or social security number.

### XII. PENALTY CHARGE
(1) If I fail to make timely payment of all or any part of a scheduled installment, or if I am eligible for deferment or cancellation under Articles VI through IX, but fail to submit the appropriate request on time, I promise to pay the charge assessed against me by the Lending Institution.
(2) No charge may exceed—
  (A) where the loan is repayable in monthly installments, $1 for the first month or part of a month by which the installment or evidence is late, and $2 for each month or part of a month thereafter, or
  (B) where the loan is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof by which the installment or evidence is late.
(3) If the Lending Institution elects to add the assessed charge to the outstanding principal of the loan, it must so inform me before the due date of the next installment.

### XIII. ASSIGNMENT
This note may be assigned by the Lending Institution only—
(1) to another institution upon my transfer to that institution if that institution is participating in this program (or, if not so participating, is eligible to do so and is approved by the Secretary for that purpose), or
(2) to the United States or to an institution approved by the Secretary. The provisions of this note that relate to the Lending Institution shall, where appropriate, relate to an assignee.

### XIV. PRIOR LOANS
I hereby certify that I have listed below all of the National Direct Student loans have been received, state "None."

ELLIOTT*HENRY J*
LOAN NO: ████ 1658 ████-87     no prior
SSN ████ 6174   TD  1

Schedule of National Direct Student Loans

| Amount | Date | Institution |
|---|---|---|
| 1. $ | | None x  Henry J Elliott Jr |
| 2. $ | | |

### XV. SCHEDULE OF ADVANCES

| Amount | Cumulative Borrowed | Date | Signature of maker |
|---|---|---|---|
| 1. $750.00 | $750.00 | 12-7-83 | Henry J Elliott Jr |
| 2. $750.00 | $1500.00 | 4-27-84 | Henry J Elliott Jr |
| 3. $ | $ | | |
| 4. $ | $ | | |
| 5. $ | $ | | |
| 6. $ | $ | | |
| 7. $ | $ | | |
| 8. $ | $ | | |

X Signature _Henry J Elliott Jr_   Date _12-7-_, 19_83_
X Permanent address _2425 SHAW Dallas Tex 75212_
Social Security Number _████ 6174_

right, title and interest of the undersigned is hereby assigned (without warranty, except that the note qualifies for insurance) to the United States of America

Caveat — This note is to be executed without security and without endorsement except that if I am a minor and the note would not under other law create a binding obligation, either security or endorsement may be required. The Lending Institution shall supply a copy of this note to me.

Signature of endorser ____
Permanent address ____
Social Security Number ____

Full Name of Lender: De Vry Inc. (Formerly Bell & Howell Education Group, Inc.)
Signature of Officer: _B. Jones_
Typed Name of Officer: Barbara Jones
Title of Officer: Manager, Loan & Record Admin.
Date Signed: 11-17-87

0881

PN

008