# PLAINTIFF'S APPENDIX C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | No. 3:06-CV-1625-G |
| HENRY J. ELLIOTT, § | ECF |
| § | |
| Defendant. § | |

## AFFIDAVIT OF AMOUNT DUE

STATE OF TEXAS
COUNTY OF TARRANT

BEFORE ME, the undersigned Notary Public for the State of Texas, on this day personally appeared Dori A. Creamer, Financial Litigation Agent, United States Attorney's Office, Northern District of Texas, to me well known, and, after being duly sworn, upon oath, and in the capacity stated, did depose and say as follows:

I am a Financial Litigation Agent in the Financial Litigation Unit of the United States Attorney's Office Northern District of Texas. Among my duties I have been assigned responsibility for the file in connection with the above styled cause of action. I also have custody of the records in this office that pertain to that matter. I have read the Complaint filed by the United States in this action, and I have examined the records in my custody in this office. Based thereon, the indebtedness set forth in the Complaint has been computed as follows:

### COUNT I

Principal - $1,427.63
Interest - $1,452.40 as of November 30, 2006
Fees/Costs - $87.00
Total Balance Due: $2,967.03

Daily rate of interest on principal: $.20

**009**

Aff. of Amount Due - Page 1

## COUNT II

Principal - $7,993.00
Interest - $13,534.85 as of November 30, 2006
Total Balance Due: $21,527.85

Daily rate of interest on principal: $1.97

To my best information and belief, the defendant is not an infant or incompetent person and is not entitled to relief under the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

*Dori C. Creamer*
Dori A. Creamer
Financial Litigation Agent
United States Attorney's Office

Sworn to and subscribed before me, the undersigned Notary Public, on this 2nd day of November, 2006.

Notary Public, State of Texas


Mary F. Meeks
Notary Public, State of Texas
My Commission Expires:
February 15, 2010

010

Aff. of Amount Due - Page 2