# PLAINTIFF'S APPENDIX D

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Henry J Elliott
2323 S Marsalis Ave
Dallas, TX 75216

SSN: ████-6174

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/13/06.

On or about 09/13/83, 06/06/84 and 02/11/85, the borrower executed promissory note(s) to secure loan(s) of $2500.00, $2500.00 and $2500.00, from Citibank (NYS) NA Fairport NY at 9 percent interest per annum. This loan obligation was guaranteed by Higher Education Assistance Foundation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 09/12/86, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $7993.44 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 04/15/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $7993.00 |
| Interest: | $13,018.71 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 03/13/06: | $21,011.71 |

Interest accrues on the principal shown here at the rate of $1.97 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/28/06

Name: [signature]
Title: Loan Analyst
Branch: Litigation

Jessica Liu
Loan Analyst

011

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Henry J Elliott
2323 S Marsalis Ave
Dallas, TX 75216

SSN: ▇▇▇-6174

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 03/13/06.

On or about 12/07/83 and 04/23/84, the debtor executed promissory note(s) to secure loan(s) of $750.00 and $750.00 from DeVry Inc. at 5.00 percent interest per annum. The institution made the loan(s) under the Federally-funded National Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 aa *et seq*. (34 C.F.R Part 674). The institution demanded payment according to the terms of the notes, and the debtor defaulted on the obligation on 04/09/86. Due to this default, the institution assigned all rights and title to the Department of Education.

After the institution credited all cancellations due and payments received, the debtor owed the school $1427.63 principal and interest in the amount of $94.77. This principal and interest together with any unpaid late charges totaled $1522.40. The loan was assigned to the Department on 11/17/87.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the debtor owes the United States the following:

| | |
|---|---|
| Principal: | $1427.63 |
| Interest: | $1400.64 |
| Fees/Costs: | $87.00 |
| Late Charges: | $0.00 |
| Total Debt as of 03/13/06 : | $2915.27 |

Interest accrues on the principal shown here at the rate of $.20 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on : 3/28/06

Name: [signature]
Title: Loan Analyst
Branch: Litigation    Jessica Liu
                      Loan Analyst

012