# PLAINTIFF'S APPENDIX E

ORIGINAL

October 20, 2006   No. # 3-06 CV 1625 G

Clerk's Office
1100 Commerce Street

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 26 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Ref: Henry J. Elliott JR.
Case # 3-06CV 1625 G

Student loans in the amount of
$2,500.00 dated 3-13-83
$2,500.00 dated 6-6-84
$2,500.00 dated 2-11-85
Citibank (NYS) NA Fairport, NY
has been paid $7,993.44

Also Student loans in the amount of
$750.00 dated 12-7-83
$750.00 dated 4-23-83
has been paid $2,915.27 under
the rights of both the Department of
Education under loan guaranty programs
authorized under Title IV-B of Higher
Education Act of 1965 for the loans
in the amount of $7,993.44 and under
the Federally-Funded National Direct
Student Loan, Now Perkins Student Loan
Programs authorized under Title IV-E of
Higher Education Act of 1965.

Now held by U.S. Department of Education
San Francisco, California

013

No# 3-06CV1625G

Who now demands the following payments from 3-13-06:

A. $21,011.71 with a daily interest rate of $1.97 and

B. $2,915.27 with a daily interest rate of .20

I Henry J. Elliott JR. am a resident of Dallas County Texas. My address is 2323 S. Masalis Ave, Dallas, Texas 75216.

This letter is in response to the complaint filed against me by the United States District Court, being case # 3-06CV 1625 G

The following is my response:

I have no funds immediately available to satisfy this outstanding liability and debt and do not see my situation changing in the near future.

1) I have no assets, personal nor real property that could be liquidated to apply toward this liability debt.

2) My wife and I both have serious health problems to this date.
Mines being heart condition, cronic hypertension, gout and lower back problems,

014

ON# 3-06CV1625 G

and my weight of over 300 pounds also contributes to my physical health problems. My wife is also permanently disable due to her medical problems.

Due to the items and circumstances listed above in number 2, it is impossible for me to secure and keep full-time employment; there I am a self-employed auto mechanic trying to support my family.

My business barely supports itself, and this condition has existed for about twenty plus years.

Note: I attended DeVry Institute to become a computer Electronic engineer Technician. After graduation, I have only worked in the computer field for about one year.

The medical services that I had received were at no charge at the Coopers Clinic, which I qualified for through one of their study group programs.

I am 48 years old and don't see a bright future ahead for me or a way of liquidating this liability debt to you because of my health condition.

015

No# 3-06CV 1625 G

I Request that this debt be forgiven because of my life threatening conditions as stated above.

There have been many times my shop has been closed for up to eight weeks or more because of my painful gout flare-ups and I could not even walk. But I am a man trying his best to support and also take care of my disable wife.

I would like to offer my auto mechanical services on any government vehicles needing repairs and/or services, provided the parts are purchase by the government.

I throw myself on the mercy of the court and await your Response.

Sincerely Yours;

Henry J Elliott JR.

Henry J. Elliott JR.

P.S.  I will be happy to provide any Documentation of my medical History, eviction notices, etc, you need.

016

Henry J. Elliott
2323 Smashers
Dallas TX 75224

CERTIFIED MAIL™
9171 1130 9796 3007 0123 04
RETURN RECEIPT REQUESTED

Clerk of US [illegible]
1100 Commerce Street
Room 1452
Dallas TX 75242

RECEIVED
OCT 26 2006